UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Daniel Mager</u>

        v.                                                04-cv-302-JD

<u>Mary Hitchcock Memorial Hospital</u>


<u>ORDER OF DISMISSAL</u>


In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

October 2, 2006                                     <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge


cc:    Alan Cantor, Esq.
       Charles Donahue, Esq.
       David Angueira, Esq.
       Edward Swartz, Esq.
       David Miles Gould, Esq.
       Emily Rice, Esq.